IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
|---|---|
| ELUE DWIGHT PALMER, SR.<br>a/k/a ELUE DWIGHT PALMER,<br>a/k/a ELUE D. PALMER, SR.,<br>a/k/a ELUE PALMER SR.,<br>a/k/a ELUE PALMER,<br><br>       Debtor | CASE NO. |

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses.
Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order.
Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c)<br>1. Amount agreed to by debtor<br>2. Less amount paid to attorney prior to filing petition<br>3. Balance of compensation to be paid through plan distributions<br>4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $4,000.00<br>$ 500.00<br>$3,500.00<br>$ -0- |
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)<br>1. Retainer received<br>2. Compensation earned prepetition and paid to attorney prior to filing petition<br>3. Expenses reimbursed prepetition<br>4. Balance in retainer after deduction of prepetition compensation and expenses<br>5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | N/A<br><br>$<br>$<br>$<br>$<br>$ |
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $3,500.00 |

Dated: September 10, 2021                    s/ Vincent Rubino, Esq.
                                                               VINCENT RUBINO, ESQ.
                                                                Attorney for Debtor